```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE F00-0025--CV (HRH)
                 "KEN BROCK V COMINCO ALASKA INC"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 08/11/00
            Closed: 08/12/02

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (710) Fair Labor Standards Act
                   29 USC 207(A)
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 08/11/00 receipt # 40099305
          Trial by: Court
```

Parties of Record:                              Counsel of Record:

PLF 1.1           BROCK, KEN                    William B. Schendel
                                                Winfree Law Office
                                                301 Cushman Street, Suite 200
                                                Fairbanks, AK 99701
                                                907-451-6500
                                                FAX 907-451-6510

DEF 1.1           COMINCO ALASKA INC            Sean Halloran
                                                Hartig Rhodes et al
                                                717 K Street
                                                Anchorage, AK 99501
                                                907-276-1592
                                                FAX 907-277-4352

```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CIVIL DOCKET ENTRIES FOR CASE F00-0025--CV (HRH)
                     "KEN BROCK V COMINCO ALASKA INC"

                            For all filing dates
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 08/11/00
            Closed: 08/12/02

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (710) Fair Labor Standards Act
                    29 USC 207(A)
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 08/11/00 receipt # 40099305
          Trial by: Court
```

```
Document #   Filed     Docket text

    1 -  1   08/11/00  Complaint filed; Summons issued.

    2 -  1   09/11/00  DEF 1 Answer to Complaint and counterclaim.

    3 -  1   09/12/00  HRH Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                       due w/i 21 days. cc: cnsl

    4 -  1   09/20/00  PLF 1 Jury Demand.

    5 -  1   09/20/00  PLF 1 Answer to Counterclaim (reply).

    6 -  1   09/25/00  PLF 1 Response to Order at dkt 3: Joint report of parties.

    7 -  1   10/05/00  HRH Scheduling and Planning Order setting pretrial deadlines: Original
                       discovery 02/01/01; Dispositive motions deadline 03/02/01; Estimate of
                       trial 3 days, TBJ. cc: cnsl

    8 -  1   10/17/00  DEF 1 Notice of cnsl's [firm's] name change.

    9 -  1   11/30/00  PLF 1 motion for leave to file first amended complaint w memorandum and
                       affidavit in support.

   10 -  1   12/18/00  DEF 1 opposition to PLF 1 motion for leave to file first amended
                       complaint w memorandum and affidavit in support (9-1) w/att exhs.

   11 -  1   12/28/00  PLF 1 reply to opposition to PLF 1 motion for leave to file first
                       amended complaint (9-1).

   12 -  1   01/05/01  HRH Order granting motion for leave to file first amended complaint
                       (9-1). cc: cnsl

   13 -  1   01/05/01  PLF 1 Complaint (Amended).

   14 -  1   01/16/01  DEF 1 Answer to first amended complaint.

   15 -  1   01/16/01  PLF 1 Witness List.
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE F00-0025--CV (HRH)
                                 "KEN BROCK V COMINCO ALASKA INC"

                                         For all filing dates


 Document #   Filed       Docket text

     16 -  1  01/22/01    PLF 1; DEF 1 Stipulation to extend deadlines for discovery and witness
                          lists w/proposed order.

     16 -  2  01/31/01    HRH Order setting the following dates: Discovery to close 03/02/01;
                          [Dispositive motions deadline 04/02/01]. cc: cnsl

     17 -  1  02/27/01    PLF 1 Answer to Counterclaim.

     18 -  1  03/02/01    PLF 1; DEF 1 Stipulation to extend deadline for dispositive motions to
                          4/3/01.

     18 -  2  03/06/01    HRH Order granting stip to ext dispos mot deadline to 4/3/01. cc: cnsl

     19 -  1  03/20/01    DEF 1 Witness List.

     20 -  1  03/21/01    PLF 1 motion for partial summary judgment w memo and affidavits of Ken
                          Brock, A Alton and W. Schendel and exhibits 1-19 attached.

     21 -  1  04/09/01    PLF 1; DEF 1 Stipulation for 3-day ext of time to file response to plf's
                          mot for SJ.

     21 -  2  04/10/01    Order granting #21. cc: cnsl

     22 -  1  04/12/01    DEF 1 opposition to PLF 1 motion for partial summary judgment (20-1).

     22 -  2  04/12/01    DEF 1 motion (cross) for summary judgment against plf, w/att aff, exhs

     23 -  1  04/23/01    PLF 1 opposition to DEF 1 motion (cross) for summary judgment against
                          plf (22-2).

     23 -  2  04/23/01    PLF 1 reply to opposition to PLF 1 motion for partial summary judgment
                          (20-1).

     24 -  1  05/03/01    DEF 1 Notice of filing facsimile signature of declaration of Steven R.
                          Dismuke w/att exh.

     25 -  1  05/03/01    DEF 1 reply to opposition to DEF 1 motion (cross) for summary judgment
                          against plf (22-2).

     26 -  1  05/04/01    PLF 1 motion to strike aff of Steve Dismuke att to def reply to oppo to
                          cross-motion for summary judgment w memo in support.

     27 -  1  05/04/01    PLF 1 Request for Oral Argument re: PLF 1 motion for partial summary
                          judgment (20-1), DEF 1 motion (cross) for summary judgment against plf
                          (22-2).

     28 -  1  05/08/01    DEF 1 Affidavit(original) of Steven Dismuke re: reply to oppo re: DEF 1
                          motion (cross) for summary judgment against plf (22-2)w/att aff.

     29 -  1  05/22/01    DEF 1 opposition to PLF 1 motion to strike aff of Steve Dismuke att to
                          def reply to oppo to cross-motion for summary judgment (26-1)

     30 -  1  05/29/01    PLF 1 reply to opposition to PLF 1 motion to strike aff of Steve Dismuke
                          att to def reply to oppo to cross-motion for summary judgment (26-1).

     31 -  1  08/02/01    HRH Minute Order setting oral argument on mots for SJ for 8/15/01 at
                          8:30, 15 minutes per side. cc; cnsl

ACRS: R_VDSDX                  As of 02/07/06 at 1:36 PM by NON-NET                        Page 2
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE F00-0025--CV (HRH)
                              "KEN BROCK V COMINCO ALASKA INC"

                                    For all filing dates

Document #    Filed      Docket text


  32 -    1   08/03/01   HRH Minute Order that plf may submit an aff re cross-mots for SJ if
                         submitted NLT 1 day prior to date of oral argument (currently set for
                         8/15/01). cc: cnsl

  33 -    1   08/07/01   PLF 1 Supplemental citation re: PLF 1 motion for partial summary
                         judgment (20-1).

  34 -    1   08/09/01   PLF 1 Supplemental affidavit of Ken Brock re: PLF 1 motion for partial
                         summary judgment (20-1), DEF 1 motion (cross) for summary judgment
                         against plf(22-2).

  35 -    1   08/16/01   HRH Court Minutes [ECR: Bonnie Boyer] re Oral Argument on SJ Motions
                         (20-1 & 22-1)(held 8/15/01); taking under advisement motion for partial
                         summary judgment (20-1), motion (cross) for summary judgment (22-2). cc:
                         cnsl

  36 -    1   08/30/01   HRH Order denying DEF'S motion (cross) for summary judgment (22-2);
                         granting/denying plf's motion for partial summary judgment (20-1). cc:
                         cnsl

  37 -    1   09/27/01   DEF 1 motion to require mediation

  38 -    1   10/02/01   PLF 1 qualified non-opposition to DEF 1 motion to require mediation
                         (37-1).

  39 -    1   10/05/01   DEF 1 reply to qualified nonopposition to DEF 1 motion to require
                         mediation (37-1)

  40 -    1   10/09/01   JKS Minute Order granting motion to require mediation (37-1); parties to
                         confer & file status report by noon, 10/10/01. cc: cnsl

  41 -    1   10/10/01   DEF 1 Report re: status per 10/9/01 order

  42 -    1   10/10/01   PLF 1 Report re: Response to def's 10/10/01 status report.

  43 -    1   10/10/01   PLF 1 Supplement re: addendum to plaintiff's status report re:mediation.

  44 -    1   10/11/01   JKS Minute Order that joint status report due 10/15/01, to be filed by
                         plf. cc: cnsl

  45 -    1   10/12/01   PLF 1 Advice to court re: status report re: mediation.

  46 -    1   10/16/01   JKS Minute Order re: Court grants the parties additional two weeks to
                         file the status report required by the order at docket #44.  Plf shall
                         file the required joint status report by 10/30/01.  cc: cnsl

  47 -    1   10/17/01   PLF 1; DEF 1 Report re: mediation

  48 -    1   11/06/01   HRH Order re #47; parties to mediate in accordance with the terms of in
                         #47. cc: cnsl

  49 -    1   11/28/01   HRH Minute Order that parties are to confer and file a status report by
                         12/7/01. cc: cnsl

  50 -    1   12/06/01   DEF 1 Joint Status Report re: order dated 11/28/01.

  51 -    1   01/04/02   HRH Minute Order setting status conference for 1/17/02 at 4:30 in
                         chambers; cnsl may appear tel. cc: cnsl

ACRS: R_VDSDX                   As of 02/07/06 at 1:36 PM by NON-NET                      Page 3
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE F00-0025--CV (HRH)
                                  "KEN BROCK V COMINCO ALASKA INC"
```
```
                                      For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 52 - 1 | 01/23/02 | HRH Order that parties to submit agreement by 2/12/02 re overtime pay matters & crt will enter partial jmt on the settlement; TBJ 06/10/02 in Fairbanks re wrongful discharge claim; FPTO to follow. cc: cnsl, JC, Fairbanks Clerk |
| 53 - 1 | 01/29/02 | PLF 1 Response to Orders of 01/17 and 01/22: Notice of compliance re: Mailing of log and disclosure. |
| 54 - 1 | 02/12/02 | DEF 1 motion to liquidate overtime claim w/att exhs |
| 55 - 1 | 02/19/02 | PLF 1 motion for leave to file late opposition/cross motion and memorandum concerning overtime compensation. |
| 56 - 1 | 02/26/02 | HRH FPT Order setting the following dates: Final pretrial conference 05/30/02 at 4:00 pm; Exhibit review by 4/18/02; TBJ changed from 6/10/02 to 06/11/02, 9:00 AM. cc: cnsl, JC |
| 57 - 1 | 02/26/02 | HRH Order granting motion for leave to file late opposition/cross motion; parties' 2/12/02 mot to liquidate & 2/19/02 cross-motion are timely filed (55-1). cc: cnsl |
| 58 - 1 | 02/26/02 | PLF 1 opposition to DEF 1 motion to liquidate overtime claim (54-1). |
| 58 - 2 | 02/26/02 | PLF 1 Cross-Motion for partial summary judgment re: Overtime Compensation w affidavit of K Brock and exhibits attached. |
| 59 - 1 | 02/27/02 | DEF 1 reply to opposition to DEF 1 motion to liquidate overtime claim (54-1) |
| 59 - 2 | 02/27/02 | DEF 1 opposition to PLF 1 Cross-Motion for partial summary judgment re: Overtime Compensation (58-2) |
| 60 - 1 | 03/05/02 | PLF 1 reply to opposition to PLF 1 Cross-Motion for partial summary judgment re: Overtime Compensation (58-2). |
| 61 - 1 | 03/19/02 | PLF 1 Notice to court of withdrawl of one claim; count three of first amended complaint regarding retaliation. There will be no need for a jury trial on the remaining claim. |
| 62 - 1 | 03/26/02 | HRH Minute Order that TBJ for 6/11/02 in Fairbanks is now a TBC. cc: cnsl, JC, Fairbanks Clerk |
| 63 - 1 | 04/09/02 | WITHDRAWN & STRICKEN BY #81 - HRH Order granting/denying motion to liquidate overtime claim (54-1), motion for partial summary judgment re: Overtime Compensation (58-2); resolves all issues re Ct I. cc: cnsl |
| 64 - 1 | 04/10/02 | DEF 1 motion for reconsideration of 4/9/02 order at #63 |
| 65 - 1 | 04/17/02 | DEF 1 motion for leave to file dispositive motion w/att mot for judgment as a matter of law |
| 66 - 1 | 04/18/02 | HRH Minute Order re mot for reconsideration (#64); cnsl to confer & submit a substitute order w/appropriate stip by 5/2/02 or crt will receive plf's opp to mot for reconsideration by 5/2/02. cc: cnsl |
| 67 - 1 | 04/18/02 | HRH Order granting motion for leave to file dispositive motion (65-1). cc: cnsl |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE F00-0025--CV (HRH)
                    "KEN BROCK V COMINCO ALASKA INC"

                           For all filing dates


 Document #   Filed     Docket text

     68 -  1  04/18/02  DEF 1 motion for judgment as a matter of law

     69 -  1  04/18/02  PLF 1 Final Witness List.

     70 -  1  04/18/02  DEF 1 Final Witness List.

     71 -  1  04/18/02  PLF 1; DEF 1 Joint Statement of issues.

     72 -  1  04/18/02  PLF 1; DEF 1 Joint Statement of Undisputed facts.

   NOTE -  1  04/22/02  Notation: Binder w Pltf's exhibits forwarded to Anc.

     73 -  1  04/22/02  DEF 1 Exhibit List. (1 binder forwarded to Judge)

     74 -  1  04/22/02  PLF 1 Exhibit List. (one blue binder forwarded to chambers)

     75 -  1  04/22/02  PLF 1 Notice of fling Dawson deposition of 02/20/2001.

     76 -  1  04/24/02  DEF 1 counter designation of deposition testimony of Larry Dawson

     77 -  1  04/24/02  DEF 1 Objections to deposition testimony of Larry Dawson

     78 -  1  04/24/02  DEF 1 Objections to Brock exhibits

     79 -  1  04/25/02  PLF 1 Objections to def's proposed exhibits.

     80 -  1  04/29/02  PLF 1; DEF 1 Stip to use substitute form of order (in response to #66)

    80A-  1  04/29/02  PLF 1 opposition to DEF 1 motion for judgment as a matter of law (68-1).

     81 -  1  04/30/02  HRH Order granting motion for reconsideration of 4/9/02 order at #63
                         (64-1);  order of 4/9/02 is withdrawn and stricken. cc: cnsl

     82 -  1  04/30/02  HRH partial summary judgment order re overtime claim; plf Brock entitled
                         to $30,832.69 in unpaid overtime comp & to equal amt in liquidated
                         damages;resolves all issues re plf Brock's overtime claim (ct 1) except
                         fees & costs; trial on remaining claims in cts 2&3. cc: cnsl

     83 -  1  04/30/02  DEF 1 reply to opposition to DEF 1 motion for judgment as a matter of
                         law (68-1)

     84 -  1  05/02/02  DEF 1 arguments & authorities in favor of exhibit admission

     85 -  1  05/02/02  PLF 1 reply to objection to plaintiff's exhibits.

     86 -  1  05/15/02  PLF 1 Trial Brief.

     87 -  1  05/16/02  DEF 1 Trial Brief.

     88 -  1  05/17/02  HRH Order denying motion for judgment as a matter of law (68-1); the
                         evidentiary hearing (TBC) on 6/11/02 will now start at 8:30 instead of
                         9:00 in Fairbanks; each side will have 3 hours & will be concluded by
                         4:30 including closing arguments. cc: cnsl, Fairbanks clerk

     89 -  1  06/03/02  HRH Minute Order re: def may file a supp trl brf of no more than 5 pages
                         by 6/5/02 & plf may file a supp trl brf, no more than 5 pages by 6/7/02.
                         Fairbanks divisional office to have the latter document faxed to
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE F00-0025--CV (HRH)
                              "KEN BROCK V COMINCO ALASKA INC"
```
```
                                     For all filing dates
```

Document #   Filed      Docket text
----------   --------   ----------

                        Anchorage if the original is filed in Fairbanks such that the last memo
                        will be available tot he crt no later than noon on 6/10/02.   cc: cnsl

  90 -  1    06/03/02   DEF 1 Settlement Notice.

  91 -  1    06/06/02   HRH Minute Order re settl docs or stat rpt due w/i 30 days or case will
                        be dism w/prej; TBC set for 6/11/02 is VACATED; all pend mots denied as
                        moot w/lv to renew if case is not dism. cc: cnsl

  92 -  1    07/02/02   Joint Status Report.

  93 -  1    07/03/02   HRH Minute Order that plf has 30 days to submit closing papers or case
                        will be dismissed w/prejudice. cc: cnsl

  94 -  1    07/29/02   PLF 1 Response to Order: Joint report to the court regarding status of
                        case.  Issue of fees and costs remains unresolved.  Motion for fee and
                        cost bill will be submitted by 08/09/02.

  95 -  1    08/08/02   PLF 1 motion for Attorney Fee Award w/memo, affidavit in support and
                        exhibits 1 through 3.

  96 -  1    08/09/02   HRH Minute Order dismissing complaint with prejudice; court will deal
                        with fees & costs if submitted within 14 days of jmt. cc: cnsl

  97 -  1    08/12/02   HRH Judgment that plf's complaint is dismissed with prejudice. cc: cnsl,
                        O&J  11399

  98 -  1    08/21/02   DEF 1 Unopposed motion for ext to 8/29/02 to oppose mot for attny fees

  98 -  2    08/22/02   Order granting unopposed motion for ext to 8/29/02 to oppose mot for
                        attny fees (98-1). cc: cnsl

  99 -  1    08/26/02   PLF 1 Response to Order from chambers at dkt 96: Motion for costs and
                        fees filed 08/08/02, no separate cost bill will be filed.

 100 -  1    08/29/02   DEF 1 Unopposed motion for 1-day ext to file opp to mot for attny fee
                        award

 100 -  2    08/30/02   Order granting unopposed motion for 1-day ext to file opp to mot for
                        attny fee award (100-1). cc: cnsl

 101 -  1    08/30/02   DEF 1 opposition to PLF 1 motion for Attorney Fee Award (95-1)

 102 -  1    09/06/02   PLF 1 Unopposed motion for extension of time to file reply to oppo from
                        09/09 to 09/16/02.

 102 -  2    09/09/02   Order approving unopposed motion to extend reply date to oppo to motion
                        for attorney's fee award to 09/16/02.  cc: csnl

 103 -  1    09/16/02   PLF 1 reply to opposition to PLF 1 motion for Attorney Fee Award.(95-1)

 104 -  1    09/16/02   PLF 1 Supplemental Affidavit re: Motion for Attorney's Fees (95-1) and
                        in Support of Reply at Docket #103.

 105 -  1    10/29/02   HRH Order granting motion for Attorney Fee Award (95-1); judgment shall
                        be entered against Cominco in the amount of $32,877.50 in atty's fees
                        and $4,413.42 in costs. cc: cnsl